United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEAN CUNNINGHAM,
Plaintiff,

v.

JEFFREY MCCOMBER,
Defendant.

Case No. 26-cv-05000-JD

**ORDER RE DISMISSAL**

Re: Dkt. No. 1

Plaintiff, a state prisoner acting pro se, filed a writ of mandamus and a motion for injunctive relief seeking to be released from prison. He was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP, or otherwise communicated with the Court. The case is dismissed without prejudice and the pending motion (Dkt. No. 1) is vacated. Plaintiff was convicted in the Central District of California and is incarcerated in the Eastern District of California. If he seeks to challenge his sentence he must file a case in the Central District. If wishes to challenge the conditions of his confinement he must file a case in the Eastern District.

**IT IS SO ORDERED.**

Dated: August 6, 2026

JAMES DONATO
United States District Judge